# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RUBEN GOMEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   No. 4:15-cv-3111 |
| | § |
| SYNCHRONY BANK, | § |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, RUBEN GOMEZ ("Plaintiff"), and Defendant, SYNCHRONY BANK, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.  Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: August 12, 2016           Respectfully Submitted,

By: /s/ Adam T. Hill
Adam T. Hill, Esq.
ahill@consumerlawcenter.com
KROHN & MOSS, LTD.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
T: (312) 578-9428 ext 242
F: (866) 861-1390

ATTORNEY FOR PLAINTIFF

Dated: August 12, 2016               Respectfully Submitted,

                                     By:/s/ Michael Halley Bernick
                                     Michael Halley Bernick
                                     Reed Smith LLP
                                     811 Main St
                                     Ste 1700
                                     Houston, TX 77002
                                     713-469-3834
                                     Email: mbernick@reedsmith.com

                                     ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on June \_\_\_\_, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

                                           /s/ Adam T. Hill
                                           Adam T. Hill
                                           Attorney for Plaintiff